**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 16 2007 ★

LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
BENJAMIN NELSON

07 CV 0311 (LDW)

Plaintiff,

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

-against-

CROSSCHECK, INC.

Defendant.
-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The class allegations are hereby withdrawn.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

_____
U.S.D.J.  Dated: Central Islip, NY
5/16/07

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.